IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| CHELSEA BROYLES, | ) | Case No. 4:18cv0097 |
|---|---|---|
| Plaintiff, | ) | MAGISTRATE JUDGE |
|  | ) | THOMAS M. PARKER |
| v. | ) |  |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **OPINION AND ORDER** |
| Defendant. | ) |  |

Before the Court is a joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and to enter judgment pursuant to Fed. R. Civ. P. 58. (ECF Doc. No. 16) The joint motion states that:

> On remand, the Appeals Council will vacate the findings in the Administrative Law Judge's decision and the Commissioner will develop the record further as to Dr. Stalker and Dr. Null and, if warranted, obtain a consultative examination.

The parties' joint motion is GRANTED.

The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the parties' joint motion, as set forth above.

A Judgment Entry will be separately published.

**IT IS SO ORDERED.**

Dated: August 27, 2018

Thomas M. Parker
United States Magistrate Judge